# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DEMETRIUS CURTIS**                                                    **PETITIONER**

v.                                    **No. 5:14-cv-294-DPM-HDY**

**RAY HOBBS, Director of the**
**Arkansas Department of Corrections**                      **RESPONDENT**

## ORDER

Opposed recommendation, № 8, adopted. Fed. R. Civ. P. 72(b)(3).

Amended petition for writ of habeas corpus, № 2, dismissed without

prejudice. Before Curtis may bring a petition for habeas corpus in federal

court, he must exhaust his available and effective remedies in state court.

28 U.S.C. § 2254(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_14 October 2014_