# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DEMETRIUS CURTIS**                                        **PETITIONER**

**v.**                               **No. 5:14-cv-294-DPM**

**RAY HOBBS, Director of the
Arkansas Department of Corrections**                  **RESPONDENT**

## JUDGMENT

Amended petition, № 2, is dismissed without prejudice.


D.P. Marshall Jr.
United States District Judge

14 October 2014